# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **WILLIE JENNINGS,** | ) |
| **Plaintiff,** | ) |
| v. | ) 1:18-cv-01950-RDP-SGC |
| **JOHNNY HAMLIN, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The Magistrate Judge filed a report on May 7, 2019, recommending this action be dismissed without prejudice for lack of prosecution. (Doc. 11). Although the Magistrate Judge advised Plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Magistrate Judge's report is **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, this action is due to be dismissed without prejudice for lack of prosecution.

A Final Judgment will be entered.

**DONE** and **ORDERED** this June 3, 2019.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE